**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02464-REB-MJW

CENTER FOR NATIVE ECOSYSTEMS,
FOREST GUARDIANS,
BIODIVERSITY CONSERVATION ALLIANCE, and
TERRY TEMPEST WILLIAMS,

    Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity as U.S. Secretary of the Interior,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulated Settlement Agreement** [#15], filed February 22, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Settlement Agreement** [#15], filed February 22, 2008, is **APPROVED**;

2. That the terms and conditions of the parties' **Stipulated Settlement Agreement** [#15], filed February 22, 2008, are **ADOPTED** and **APPROVED** as an enforceable order of this court; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated February 25, 2008, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
**Robert E. Blackburn
United States District Judge**